**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 25-00002-06-CR-W-BP |
| | ) | |
| ANDREW E. GROSS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER (1) ADOPTING REPORT AND RECOMMENDATION AND
(2) FINDING DEFENDANT COMPETENT TO PROCEED TO TRIAL**

On January 7, 2026, Defendant was ordered to undergo a competency evaluation. (Doc. 104.) Defendant was examined by Alicia Gilbert, Ph.D., Forensic Psychologist, who prepared a report documenting her observations and conclusions. It is her opinion that Defendant is competent to proceed to trial. (Doc. 132.)

During a hearing held before United States Magistrate Judge Lajuana M. Counts on May 13, 2026, the report was entered in evidence, and no other evidence was offered. (*See* Doc. 143.) Thereafter, Judge Counts issued a Report recommending that the Court find that Defendant is competent to proceed. (Doc. 144.) At the hearing, the parties waived filing of any objections to the Report and Recommendation and agree that the issue of competency is ready for ruling by the district judge. (Doc. 143, pp. 4-5.) Accordingly, after reviewing the Record (including the report), it is **ORDERED** that the Report and Recommendation of Judge Counts is adopted in its entirety, and this Court finds that Defendant is competent to proceed to trial.

**IT IS SO ORDERED.**

 _/s/Beth Phillips_____
BETH PHILLIPS, JUDGE
DATE:  June 5, 2026                          UNITED STATES DISTRICT COURT